702 A.2d 849

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Edward BAKER, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 15, 1997.

### ORDER

PER CURIAM

AND NOW, this 15th day of October, 1997, we **DENY** the Application for Review of the Superior Court Order Staying and Vacating the Lower Court Bail Order.